IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

Luis Geraldo Diaz-Burgos,
    Plaintiff,

Vs.

Case no. 6:13-cv-00054-BLECF

Keith Hall, Warden,
    Defendant.

_____ /*/*/*/*

## RESPONSE TO OPPOSITION

    Comes Now, Luis Geraldo Diaz Burgos, a Federal Inmate by himself acting Pro-Se, and respectfully asks the Honorable Court to review the opposition response to Plaintiff complain.

    The letters send to the different Apostolic Assembly requesting volunteer to help the inmates at this CCA to better themselves on their religious belief for the future, are letter's to just a couple places. There are many other addresses that other letter's could have been send to obtained the help that we all need to a better Religious belief.

    As Exhibits attached to the Response, the Chaplain, Mrs. Herrera send Two letter's which were return to sender, but she never attemp to get another Apostolic Church, she just gave up on

further surch. Also stated by the chaplin, in the letter to the warden Mr. Hall, that she have done enough according to Tim O'dell. She have gone beyond the norm. There is never enough when the problem lays to get some help to rehabilitate a convict.

There are plenty, in fact 20, or more Church in the exhibit attached in the opposition response for the chaplain to keep and trying to get someone to come and preach the inmates requesting help to better themselve to a better future.

One letter was send to Mr.Garcia, this letter never got any respond. Another letter was send to Mr.Vega, this one was return and never had any follow up. Another was send to Mr.Soliz, it was also return with no follow up either. Another was send to a Mr.Quintanilla, this also got no respond, and was never a follow up on this one either. So in terms, it was just 4 letter's that got send, and never got a respond from one. Two were send back unopen, return to sender. But the Chaplain Mrs. Herrera never try to get another address or try to find out why all her letter's were either send back or never answer, she just gave up.

**This is not the going beyond the norm in this issue, in fact there were never done enough done to satisfied the inmates that were requesting some Religious help.** Also the warden is wrong when he stated that there are not abligated to provide personal desires. This is not a personal desire, this is a **Religious belief** to better a convict to become a better person.

## CONCLUSION

Based on the foregoing Respond to the opposition Response, Mr. Burgos pray that this honorable Court will grant his original Motion, and grant him the relief he seeks in his Religious believe's to better himself for the future.

Sincerely,

*[signature]*

LUIS GERALDO DIAZ-BURGOS
FED. NO. 41784-054
A FEDERAL INMATE ACTING PRO-SE.

## CERTIFICATE OF SERVICE

I, LUIS DIAZ, SWEAR ON THE PENALTY OF PERJURY, THAT I HAVE MAILED A COPY OF THIS LEGAL INSTRUMENT TO THE OPPOSITION ATTORNEY'S AT:

> WELLS FARGO TOWER
> 25th FLOOR
> 1300 POST OAK BOULEVARD
> HOUSTON, TEXAS 77056

ON THIS DAY OF, 6 AUGUST, 2014.

*[signature]*

LUIS GERALDO DIAZ BURGOS
FED. NO. 41784-054

LUIS G. DIAZ BURGOS
REG NO 41784-054
CCA/E.D.C.
P.O. BOX 605
EDEN, TX 76837-0605



RECEIVED
AUG -7 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



$00.48
AUG 06 2014
MAILED FROM ZIP CODE 76837

X-RAY

HONORABLE CLERK OF THE COURT
FOR THE NORTHERN DISTRICT OF TEXAS
33 EAST TWOHIG, ROOM 202
SAN ANGELO, TEXAS 76903

LEGAL MAIL