July 17, 2015



United States District Court
Northern District of Texas
ATTN: Clerk of the Court
33 East Twohig, Room #202
San Angelo, Texas 76903

Re: Luis Geraldo DIAZ-BURGOS  v. Keith Hall/ CCA Eden, et al

Civil Action No. **6:13-CV-00054-C**

Dear Clerk of the Court:

Hello my name is Luis Geraldo Diaz Burgos, BOP #41784-054 a federal prisoner, who in pro se filed this civil rights complaint on October 15, 2013. I am writing to get direction on the following question. I am in the process of ending my sentence in two months, to which I will be deported to my native country.

The situation at CCA Eden C.I. is the same nothing has been done. I want to ask the Honorable Court if I may <u>add</u> another Plaintiff to this civil complaint, whereas, he will continue with the process. In the best interest of the Apostolic Christians congregation I would like to know what I can do.

Thank you for receiving my letter. I will await your reply at your convenience.

Respectfully submitted,

Luis Geraldo Diaz Burgos
BOP #41784-054 / A1-029 LOW
CCA Eden C.I.
P.O. Box 605, Eden, Texas 76837-0605

Luis Geraldo Diaz Burgos
BOP #41784-054 / A1-29 LOW
CCA Eden C.I.
P.O. Box 605  Eden, TX 76837

"Legal Confidential Mail"

ABILENE TX 796
20 JUL 2015 PM 1 T

RECEIVED
JUL 21 2015
DSS
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District of Texas
33 East Twohig, Room 202
San Angelo, Texas **76903**

7690385401 C001